# Court of Appeals
# of the State of Georgia

ATLANTA,  January 15, 2016

*The Court of Appeals hereby passes the following order:*

**A16D0204. WILLIE L. JONES v. THE STATE.**

Willie L. Jones pled guilty to several offenses including armed robbery. He now seeks to appeal the trial court's order denying his motion for an out of time appeal.[1] An order denying a motion for an out of time appeal, however, is a directly appealable order. See, e.g., *Lunsford v. State*, 237 Ga. App. 696 (515 SE2d 198) (1999).

When a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Jones shall have 10 days from the date of this order to file a notice of appeal with the trial court. If he has already filed a notice of appeal from the order at issue, he need not file a second notice. The trial court is instructed to include a copy of this order in the appellate record.

---

[1]In 2010, Jones came before this Court on appeal from the trial court's denial of his "Motion in Arrest of Judgement." On August 11, 2011, this Court affirmed and issued an unpublished opinion in *Jones v. State* (Case Number A11A1738 and A11A0992) but did not discuss any substantive challenges to his conviction or sentence.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* ___ 01/15/2016 ___
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*